Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2024 FEB 14 AM 8: 27

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: TV

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, PLAINTIFF
V.
Pedram Mehrian, aka "Abraham Mehrian", DEFENDANT
USMS# ___

CASE NUMBER: 2:24-cr-00084-GW

**REPORT COMMENCING CRIMINAL ACTION**

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 02/14/2024 at 6 ☒ AM ☐ PM
   or
   The defendant was arrested in the ___ District of ___ on ___ at ___ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☒ Yes ☐ No

4. Charges under which defendant has been booked:
   18 U.S.C. 1343 Wire Fraud

5. Offense charged is a: ☒ Felony ☐ Minor Offense ☐ Petty Offense ☐ Other Misdemeanor

6. Interpreter Required: ☒ No ☐ Yes  Language: ___

7. Year of Birth: 1981

8. Defendant has retained counsel: ☐ No
   ☐ Yes  Name: ___  Phone Number: ___

9. Name of Pretrial Services Officer notified: ___

10. Remarks (if any): ___

11. Name: Jillian Fisher  (please print)

12. Office Phone Number: 571-349-6146

13. Agency: FBI

14. Signature: /s/ Jillian Fisher

15. Date: 02/14/2024

CR-64 (09/20)  REPORT COMMENCING CRIMINAL ACTION