# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | CR 24-00084-GW | Date | May 29, 2025 |
|---|---|---|---|

Present: The Honorable **GEORGE H. WU, UNITED STATES DISTRICT JUDGE**

Interpreter **NONE**

| Javier Gonzalez | Suzanne McKennon | Kedar S. Bhatia; Yervant Hagopian |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Pedram Mehrian | ✔ | ✔ | | David L. Menniger, DFPD; Samuel O. Cross, DFPD | ✔ | ✔ | |

**PROCEEDINGS:** **DEFENDANT PEDRAM MEHRIAN'S MOTION TO STRIKE ERRONEOUS LANGUAGE FROM INDICTMENT AND FOR A BILL OF PARTICULARS [31]; and DEFENDANT PEDRAM MEHRIAN'S MOTION FOR DISCLOSURE OF GRAND JURY TRANSCRIPTS [32]**

The Court's Tentative Rulings on Defendant's Motions [31, 32], was issued on May 28, 2025 [40]. Oral argument is held. Based on the Tentative Ruling, and for reasons stated on the record, the Motions are DENIED, except as to the Motion for Bill of Particulars which is deemed MOOT.

The Government will provide the bill of particulars to Defendant by June 30, 2025.

| | : | 30 |
|---|---|---|

Initials of Deputy Clerk    JG