May 10, 2026                    Victim:   Linda McIntyre

USAO Number: 2020R01117

Court Docket Number: 24-CR-00084

# VICTIM IMPACT STATEMENT

My name is Linda McIntyre and I am a victim of fraud after having the grave misfortune of meeting Pedram Abraham Mehrian, President of Strategic Legacy Investment Group, Inc. (SLIG) in 2018.

I ultimately lost my entire 401K worth $472,441.37 investing in Carmel Pacific Living Estates and my inheritance of $200,000.00 via a promissory note.

It was exciting at the time of investment.  SLIG owned a high-rise commercial building in Los Angeles and their offices were on the top floor.  The showroom was full of models of completed apartment complexes, other apartment projects in the works, and 3 senior living communities of which I invested in one.  The office was bustling with about 50 employees. Everyone seemed very professional and driven.

By 1 year, I put in my request, per the contract, to recall my promissory note because I was purchasing a new home with my son and family and needed the $200,000.00.

That was the beginning of the nightmare.  First, I was told, "No problem. We will process your request."  But as the date of escrow closing neared, several calls/emails, and multiple lies, I was informed that I was not going to be able to get my money back in time for the escrow closing date.  I was devested. SLIG had only had my money for 1 year.

I began to panic as I would place daily calls and send emails only to receive no answer. Then if I did get through, nothing but lies that everything was OK.  I was told not to worry.

As time went by, I began to panic more, I couldn't eat, sleep at night, and so angry at SLIG for treating an investor in this manner.  Then your devastated, gutted, suicidal realizing that SLIG lost everything and all employees, management, projects, real estate, apartment complexes were all gone.  Everything and everyone had just disappeared.

I was left to figure out how to handle the 3rd party company, Entrust Group, that managed the investment on paper. They sent forms to the IRS stating how much my 401K was worth and because SLIG was no longer communicating to Entrust, my account was still valued at $472,441.37. The IRS in turn used this information to calculate what my monthly distribution would be so that if I didn't start taking distributions (which I had reached that required age) I could be penalized.  But there was no money to pay me distributions.

May 10, 2026

Victim:   Linda McIntyre

USAO Number: 2020R01117

Court Docket Number: 24-CR-00084

How would anyone know how to handle this when SLIG had just disappeared and left the investors to fend for themselves.  The hardest day was when I had to inform Entrust to reduce my account to NO value which was no easy feat to accomplish.

Can you imagine, I spent my whole working life living from pay check to pay check, putting money into my 401K only to have lost the entire amount from someone who lied and deceived so many people.

Pedram Abraham Mehrian deserves to be put away for LIFE for the devastation he has caused so many and for the grave situation we find ourselves in and with a lack of security as we enter the later stages of our lives.

| | |
|---|---|
| **From:** | George Pounds |
| **To:** | Villasenor, Mark (USACAC) |
| **Cc:** | Linda M McIntyre |
| **Subject:** | [EXTERNAL] Victim Statement for Case Number 2020R01117 and Court Docket Number 24-CR-00084 |
| **Date:** | Monday, May 11, 2026 3:11:20 PM |

**Also: Victim's VNS - Investigative Case 318B-LA-3269431**

Mr. Villasenor,

Linda McIntyre received an email from the Victim's Witness Assistance and was kind enough to shared it with me as a victim of **Pedram Mehrian and the SLIG Entity.**

Please acknowledge receipt of this email.

I am currently 74 years old and I appreciate this opportunity to make a statement to the facts and impact of Mr. Mehrian's fraudulent actions on me and my family's financial, mental and physical well-being

**Facts**:

I invested a total of $1.2 million dollars to Mr. Mehrian and SLIG in 2017 through 2019 in a combination of 3 promissory notes and 2 senior living housing developments (La Casa and Carmel Valley) ... approximately $600,000 in each type of investment. Initially there were a few interest payments on the promissory notes in 2018 but there was no return on the housing development investments, which were stalled by 2020.

He even persuaded me take out a sizable mortgage on my primary residence that had been paid off in 2018 and contract a one of the three promissory notes with him with promised interest payments that would more than cover my monthly mortgage payments. I never received a single interest payment.

In the early 2020s, there were multiple in-person attempts to get interest payments or return of the principle with multiple promises from Mr. Mehrian to eventually pay both interest and principle.  Mr. Mehrian even produced a financial report that showed SLIG as solvent and able to make good in these investments.  This appears now as a bogus report.

The $1.2 million dollar investment represented over 40 years of 401K savings that was intended to supplement my retirement from a Clinical Laboratory Scientist profession.

**Impact:**

The loss of this amount of savings was devastating to my retirement plans and required me to go back to work in 2019 after retiring in 2017.  I was assured multiple times that all was well after multiple in-person requests for payment or status reports.  In my experience, he knowingly lied about the financial state of the company, the promissory notes and the housing development projects.  There were never any status reports of progress or current state of the company other than the now bogus company financial report.  As known to the court, this has impacted many folks who trusted him with their life savings only to lose it to his intentional lies, deceptions and fraudulent actions.  He knowingly took significant amounts of money from his victims with little or no intention of making interest payments or returning the principle.

Mr. Mehrian's fraudulent actions have caused me extreme anxiety and innumerable nights of lost sleep over many years worrying if I can pay my bills, sustain a reasonable life style and leave a legacy for my 4 children and 5 grand-children.  And I now am burdened with a 30 year mortgage on my residence that was once paid-off. **It is my strong desire that justice will NOT be served unless Mr. Mehrian receives prison time and he or SLIG is made to make full or at least partial reparations to the victims.**

George Pounds

Mission Viejo, CA  92692