VICTIM IMPACT STATEMENT
Victim: Warren Gee
USAO Number: 2020R01117
Court Docket Number: 24-CR-00084

I invested $328,646.55 with Pedram Mehrian on December 15/2016. I lost the whole sum.

While we did not lose all our assets, as other victims have, the impact on my family has nevertheless been substantial. My wife and I rarely go on vacations and, more importantly, my wife has to think twice before visiting her family in England. She is 73 and her siblings are in their sixties, which makes going to see them now very important, before age-related concerns make flying impossible. Curtailing these visits has been painful; without Mehrian's fraud, such expenses would not have been a problem. Upgrades to our home have had to be curtailed, as well as helping our children. Both my son and daughter have recently moved homes, and we have only been able to offer limited help. They both have young families – my daughter has a five-year-old son and my son a six-year-old son and three-year-old twins. It has been painful not being able to help either our children or grandchildren to the extent we would have liked. Again, this would not have been a problem had Mehrian not stolen our money.

Thank You,

Warren Gee